UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>15.6 ACRES OF LAND, more or less, situated in the County of Benton, State of Washington; JOSEPH A BALMELLI and DONNA F. BALMELLI, husband and wife, fee owners; BENTON COUNTY, a municipal corporation and political subdivision of the State of Washington; and UNKNOWN OWNERS,<br><br>    Defendants. | NO.  CV-04-5016-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON STIPULATION; ORDER DIRECTING DEPOSIT OF FUNDS; AND ORDER OF FINAL DISTRIBUTION** |

Before the Court is Plaintiff's Motion for Judgment on Stipulation; Order Directing Deposit of Funds; and Order of Final Distribution (Ct. Rec. 21).  The motion was heard without oral argument.

The parties have stipulated to a settlement in the above-captioned case and ask the Court to effectuate the settlement by the filing of certain documents.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Judgment on Stipulation; Order Directing Deposit of Funds; and Order of Final Distribution (Ct. Rec. 21) is **GRANTED**.

///

///

**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON STIPULATION; ORDER DIRECTING DEPOSIT OF FUNDS; AND ORDER OF FINAL DISTRIBUTION ~ 1**

1 **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2 enter this order and to furnish copies to counsel.
3 **DATED** this 10th day of February, 2006.

4 s/ Robert H. Whaley

5 ROBERT H. WHALEY
6 Chief United States District Judge

7

8 Q:\CIVIL\2004\15.6 Acres of Land\possession.ord.wpd

28 **ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON STIPULATION; ORDER DIRECTING DEPOSIT OF FUNDS; AND ORDER OF FINAL DISTRIBUTION ~ 2**