FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 16 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

1  JAMES A. McDEVITT
   United States Attorney
2  Pamela J. DeRusha
   Assistant United States Attorney
3  Post Office Box 1494
   Spokane, WA 99210-1494
4  Telephone: (509) 353-2767

5              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
6

7  UNITED STATES OF AMERICA,

8              Plaintiff,                 NO. CV-04-5016-RHW

9       v.                                JUDGMENT ON STIPULATION

10 15.6 ACRES OF LAND, *et al.*

11             Defendants.

12      The above-entitled matter came on regularly for hearing this day upon the

13 stipulation of the parties for the entry of judgment determining the just

14 compensation to be paid for the acquisition by the plaintiff of the lands and

15 premises designated in the Declaration of Taking filed on January 29, 2004, and

16 said lands and interests are described in Schedule B attached thereto.

17      The stipulating defendants have appeared and submitted to the jurisdiction

18 of the Court, have waived service of notice of hearing on this stipulation, have

19 waived trial by jury, and have agreed that the sum of Twenty Thousand Dollars

20 ($20,000.00) constitutes full and just compensation for the acquisition of the lands

21 designated in Schedule B of the Declaration of Taking filed on January 29, 2004,

22 including all damages arising therefrom.  The stipulating defendants further agree

23 that this sum should be subject to all liens, encumbrances and charges of

24 whatsoever nature existing against the property at the time of acquisition, and that

25 any and all awards of compensation ascertained and awarded in this proceeding

26 and established by judgment herein in favor of any parties now or subsequently

27

28 JUDGMENT ON STIPULATION - 1
   P51102jmm.PD4

named as defendants herein should be payable and deductible therefrom. The stipulating defendants have consented to the entry of all orders, judgments, and decrees necessary and appropriate to effectuate the stipulation.

The Court having considered the pleadings on file, including the stipulation and the proof in connection therewith, having found the sum below stated to be the fair market value of the acquisition of the interests in said lands and having full and complete jurisdiction of the parties and the subject matter, and being fully advised in the premises,

HEREBY ORDERS, ADJUDGES AND DECREES that:

1. The plaintiff, the United States of America, had the right under the authorities set forth in the Complaint in Condemnation and the Declaration of Taking on file in this cause to condemn for public use the interests upon the lands which are the subject matter of this action, which lands and interests are described and set forth in Schedule B of the Declaration of Taking filed on January 29, 2004.

2. At the time of the institution of this action and the filing of the Declaration of Taking herein, no person, firm or private or municipal corporation had or claimed any right, title or interest whatsoever in or to said property, and there existed against the same no liens, encumbrances, taxes, assessments, claims, rights or charges of whatsoever nature, except as follows:

| NAME | INTEREST |
|---|---|
| Joseph A. Balmelli<br>132 Newaukum Valley Road<br>Chehalis, WA 98532 | Purported Owner |
| Donna F. Balmelli<br>132 Newaukum Valley Road<br>Chehalis, WA 98532 | Purported Owner |

JUDGMENT ON STIPULATION - 2
P51102jmm.PD4

| NAME | INTEREST |
|---|---|
| Bobbie Gagner, County Auditor<br>Benton County<br>5600-B West Canal Place A-103<br>Kennewick, WA 99336 | Possible Interest* |

*Benton County filed a Disclaimer of Interest Other Than Tax Assessment Lien on March 19, 2004

3. The sum of Twenty Thousand Dollars ($20,000.00), inclusive of interest, is the fair market value and the full amount of just compensation to be paid for the acquisition by the United States of America of the lands designated in Schedule B, as said lands and interests therein are set forth and described in Schedule B, including all damages of whatsoever nature arising from said acquisition, and said sum shall constitute full settlement of all claims against the United States of America including for fees or expenses by reason of the institution and prosecution of this action and the final award of just compensation for such acquisition.

4. The sum of Nine Thousand Three Hundred Sixty Dollars ($9,360.00) deposited by the United States of America into the registry of Court as estimated compensation on January 29, 2004, is hereby applied to the total amount of compensation to be paid. Additionally, the sum of approximately Thirty Dollars ($30.00) in interest after deduction of 10% for judicial costs has accrued on the estimated compensation and is hereby directed to be paid to stipulating defendants.

5. An additional judgment is entered against the United States of America and in favor of the stipulating defendants in the sum of Ten Thousand Six

JUDGMENT ON STIPULATION - 3
P51102jmm.PD4

Hundred Forty Dollars and 00/100 ($10,640.00). The total sum of Twenty Thousand Dollars ($20,000.00) plus the actual interest which has accrued after deduction for judicial costs is ordered to be paid out as follows:

TO: Joseph A. Balmelli and Donna F. Balmelli
c/o Larry Fagerness
P.O. Box 88
Centralia, WA 98531

6. The above-named stipulating defendants are the only persons or parties having any interest in the compensation to be paid by the United States of America for the acquisition of the lands and interests therein set forth in Schedule B of the Declaration of Taking.

7. The interests in the lands as set forth and described in Schedule B vested in the United States of America on January 29, 2004, free and clear of all charges, liens, encumbrances, taxes, claims and interests of any kind or character, whatsoever.

DATED this 10th day of February, 2006.

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

JAMES A. McDEVITT
United States Attorney

s/ Pamela J. DeRusha
PAMELA J. DERUSHA
Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-PDerusha@usdoj.gov

JUDGMENT ON STIPULATION - 4
P51102jmm.PD4